# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MOORE, | No. 3:12-CV-00223 |
| Plaintiff, | (Judge Brann) |
| v. | |
| KENNY GRANLUND, *et al.*, | |
| Defendants. | |

# ORDER

**JUNE 18, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The parties' motions for reconsideration (Docs. 117, 120) are **DENIED**; and

2. The Court will schedule a status conference call by separate Order.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        United States District Judge