# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MOORE, | No. 3:12-CV-00223 |
| Plaintiff, | (Judge Brann) |
| v. | |
| KENNY GRANLUND, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 18, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion *in limine* (Doc. 141) is **GRANTED** in part and **DENIED** in part;

2. Defendants are conditionally permitted to introduce evidence related to (1) Moore's use of multiple names and dates of birth, and (2) misconduct reports issued by Granlund to Moore. Defendants are conditionally barred from presented evidence related to (1) Moore's failure to file income tax returns, and (2) Moore's prior criminal convictions; and

3. Moore is conditionally barred from presenting evidence of (1) prior grievances, discipline, or lawsuits against defense witnesses, (2) the

conditions of confinement in the RHU, (3) Granlund's personal or sexual history, (4) an alleged settlement offer, (5) Moore's offer to take a polygraph examination, and (6) the adequacy of the prison's investigation of Moore's claims. The Court reserves until trial any ruling on whether Moore may admit evidence related to his grievances or other self-created documents related to the incidents alleged.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge