IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MOORE,<br><br>　　　　Plaintiff,<br>　v.<br><br>KENNY GRANLUND, *et al.*,<br><br>　　　　Defendants. | No. 3:12-CV-00223<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 3rd day of November 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' motion *in limine* (Doc. 166) is **GRANTED**, subject to the conditions detailed in the Memorandum Opinion.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　　Chief United States District Judge