IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MOORE, | No. 3:12-CV-00223 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KENNY GRANLUND, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 18th day of November 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Thomas Moore's motions *in limine* (Doc. 181-4; Doc. 181-6) are **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge